# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **ENGELHARD Corp.,** | : | |
| Plaintiff, | : | |
| v. | : | 5:01-cv-118 (HL) |
| **HWV, Inc., HARRY W. VARN,** and **JERRY PROSSER,** | : | |
| Defendants. | : | |

_____

# **ORDER**

The present action was filed over six years ago against the above-named Defendants. After a lengthy discovery period the case was set for trial in March 2005. The proceedings were delayed, however, when Jerry Prosser ("Prosser") filed for bankruptcy on November 15, 2004 in the Western District of North Carolina. His petition for bankruptcy was ultimately dismissed, but Defendant Harry Varn subsequently filed for bankruptcy in the Southern District of Georgia. The action has therefore been stayed pending the outcome of Varn's bankruptcy case.

On November 8, 2007, this Court granted Plaintiff's Motion for Consent Judgment against Prosser, disposing of the claims against him. Under Rule 54(b),

> [w]hen more than one claim for relief is presented in an action . . . the court may direct the entry of a final judgment as to one or more but fewer than all of the claims or parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment.

Fed. R. Civ. P. 54(b). Plaintiff still has claims pending against Defendants Varn and HWV, Inc. The Consent Judgment against Prosser, however, disposes of all the claims against him. The

Court therefore finds that there is no just reason for delay and directs an entry of judgment for Plaintiff Engelhard Corp. against Jerry Prosser.

So ordered, this 14th day of November, 2007.

*s/ Hugh Lawson*
HUGH LAWSON, Judge

tch